UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLD K,[1] <br><br>  Plaintiff, <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION, <br><br>  Defendant. | Case No. 22-cv-01583-JST <br><br> **ORDER DISMISSING CASE** |

On February 7, 2023, the Court adopted Magistrate Judge Alex G. Tse's report and recommendation to dismiss Plaintiff Leopold K.'s complaint for failure to file an amended complaint. ECF No. 18. The Court granted Plaintiff until March 13, 2023, to file any amended complaint. *Id.* at 2. The Court warned that "[f]ailure to file an amended complaint by this deadline, or failure to comply with the requirements of this order, will result in dismissal with prejudice, meaning that Plaintiff will not be permitted to further amend his complaint or pursue this claim." *Id.* The Court's February 7 order was served on Plaintiff by First Class Mail. *Id.*

No amended complaint has been filed. Accordingly, this case is dismissed with prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: April 7, 2023

  _____
  JON S. TIGAR
  United States District Judge

---

[1] The Court partially redacts Plaintiff's name to mitigate privacy concerns, as suggested by the Committee on Court Administration and Case Management of the Judicial Conference of the United States.